IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES THOMAS DEVINS, | § | |
| *Plaintiff,* | § § § | SA-23-CV-00152-OLG |
| vs. | § § | |
| UR M JADDOU, IN THE OFFICIAL CAPACITY AS DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; | § § § § § | |
| *Defendant.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation, recommending the District Court grant Defendant's motion to dismiss and deny Plaintiff's motion for leave to amend. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 30th day of November, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE